IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| Jessica Lacombe, individually and as a representative of the Class,<br><br>*Plaintiff,*<br><br>v.<br><br>Accurate Background, LLC,<br><br>*Defendant.* | )<br>)<br>)<br>)<br>)  Civil Action No. 1:22-cv-00699-MPB-MG<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

The above-captioned matter is hereby dismissed, pursuant to the parties' Stipulation, with prejudice.

Dated: June 28, 2023

*/s/ Matthew P. Brookman*

Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana

Distribution list:

All registered counsel by CM/ECF